DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL ANTHONY LORUSSO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1719

_____

September 16, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Ellen S. Masters, Judge.

PER CURIAM.

Affirmed.

NORTHCUTT, LaROSE, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.